learned of the undisclosed plea agreements.

* * *

Because Frost can't show prejudice as a result of the errors committed at his trial, he is entitled to no relief in federal court.

**AFFIRMED.**

■

Carlos Alberto **BRINGAS–RODRI-GUEZ, AKA Patricio Iron–Rodriguez, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

No. 13–72682

United States Court of Appeals, Ninth Circuit.

Filed June 14, 2016

Agency No. A200–821–303

**ORDER**

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Judges McKeown and Watford did not participate in the deliberations or vote in this case.

■

**ANIMAL LEGAL DEFENSE FUND, Plaintiff–Appellant,**

v.

**U.S. FOOD & DRUG ADMINISTRATION, Defendant–Appellee.**

No. 13–17131

United States Court of Appeals, Ninth Circuit.

Filed August 3, 2016

Christopher A. Berry, Staff Attorney, Carter J. Dillard, Animal Legal Defense Fund, Cotati, CA, Monte M.F. Cooper, Rachel Wainer Apter, Scott David Lindlaw, Attorneys, Kelsi Brown Corkran, Orrick Herrington & Sutcliffe, LLP, Menlo Park, CA, Karen Gabrielle Johnson–McKewan, Esquire, Derek Frederick Knerr, Orrick Herrington & Sutcliffe LLP, San Francisco, CA, for Plaintiff–Appellant.

Lindsey Powell, Michael Raab, DOJ—U.S. Department of Justice, Washington, DC, for Defendant–Appellee.

Caitlin Zittkowski, Center for Food Safety, San Francisco, CA, for Amicus Curiae.

## ORDER

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

■

**Steven Pelesasa FUE, Petitioner–Appellant,**

v.

**Martin BITER, Warden, Respondent–Appellee.**

No. 12-55307

United States Court of Appeals, Ninth Circuit.

Filed August 4, 2016

Michael Tanaka, Deputy Federal Public Defender, FPDCA—Federal Public Defender's Office (Los Angeles), Los Angeles, CA, for Petitioner–Appellant.

Yun K. Lee, Esquire, Deputy Attorney General, AGCA–Office of the California Attorney General, Los Angeles, CA, for Respondent–Appellee.

** The Honorable Charles R. Breyer, Senior United States District Judge for the Northern

## ORDER

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

■

**Saul Garcia CUEVAS, Petitioner–Appellant**

v.

**James D. HARTLEY, Warden, Avenal State Prison, Respondent–Appellee.**

No. 12-55807

United States Court of Appeals, Ninth Circuit.

Filed August 4, 2016

D.C. No. 2:10–cv–09775–VAP–MLG

Nathaniel H. Lipanovich, Stephen Rossi, and Michael G. Ermer, Irell & Manella LLP, Newport Beach, California, for Petitioner–Appellant.

Xiomara Costello, Deputy Attorney General; Kenneth C. Byrne, Supervising Deputy Attorney General; Lance E. Winters, Senior Assistant Attorney General; Gerald A. Engler, Chief Assistant Attorney General; Kamala D. Harris Attorney General; Office of the Attorney General, Los Angeles, California; for Respondent–Appellee.

Before: ALEX KONZINSKI and SUSAN P. GRABER, Circuit Judges, and CHARLES R. BREYER,** Senior District Judge.

Dissent by Judge KOZINSKI

District of California, sitting by designation.